| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| MICHAEL A. KAUFMAN, M.D., an individual, | Case No. SACV 11-00382 AG (MLGx) |
| | Hon. Andrew J. Guilford |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITEDHEALTH GROUP INCORPORATED, a corporation; UNITED HEALTHCARE SERVICES, INC., a corporation; OPTUMHEALTH CARE SOLUTIONS, INC., a corporation; RUSSELL JOHANNESSON, an individual; JOHN STODDARD, an individual; and DOES 1-40, inclusive, | |
| Defendants. | |

JUDGMENT

14128665v.1

This action came on hearing before the Court, on January 9, 2012, on a Motion for Summary Judgment by Defendants UnitedHealth Group Incorporated, United Healthcare Services, Inc., and Optumhealth Care Solutions, Inc.'s (collectively, "Defendants"), the Hon. Andrew J. Guilford, United States District Court Judge, presiding.  Counsel for Defendants and counsel for Plaintiff Michael Kaufman, M.D. ("Plaintiff") appeared at the hearing and submitted on the Court's tentative order granting Defendants' Motion for Summary Judgment ("Order") in its entirety against Plaintiff.   In its Order, the Court determined there are no triable issues of any material fact and that Defendants are entitled to judgment as a matter of law as to Plaintiff's First through Eleventh Claims for Relief.  The Court adopted its Order on January 9, 2012.

Pursuant to the Court's January 9, 2012 Order granting summary judgment against Plaintiff's claims in their entirety, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are all dismissed with prejudice, that Plaintiff will take nothing, that Defendants shall have judgment against Plaintiff on all claims, and that Defendants shall recover their costs incurred herein.

DATED: January 31, 2012  _____
THE HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

-2-
[PROPOSED] JUDGMENT

14128665v.1